IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> GORDON MECHANICAL, LLC, ET AL., <br><br> Defendants. | CIVIL NO. 25-00099 JAO-KJM <br><br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS, ECF NO. 29 |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATIONS, ECF NO. 29**

Findings and Recommendation having been filed on September 22, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Deny Plaintiffs' Motion for Entry of Default Judgment, ECF No. 29, are adopted as the opinion and order this court.

///

///

///

///

///

IT IS SO ORDERED.

DATED:  October 9, 2025, Honolulu, Hawaiʻi



Jill A. Otake
United States District Judge

CIV. NO. 25-00099 JAO-KJM, *PAMCAH-UA Local 675 Pension Fund v. Gordon Mechanical LLC,* Order Adopting Magistrate Judge's Findings and Recommendations, ECF No. 29