IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND, ET AL.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GORDON MECHANICAL, LLC, ET AL.,<br><br>  Defendants. | CIVIL NO. 25-00099 JAO-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS, ECF NO. 45 |

**ORDER ADOPTING MAGISTRATE JUDGE'S<br>FINDINGS AND RECOMMENDATIONS, ECF NO. 45**

Findings and Recommendation having been filed on January 5, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Enter Default Judgment and Award Damages against Defendant Gordon Mechanical LLC, are adopted as the opinion and order this court.

///

///

///

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, January 26, 2026.



Jill A. Otake
United States District Judge

CIV. NO. 25-00099 JAO-KJM, *PAMCAH-UA Local 675 Pension Fund v. Gordon Mechanical LLC,* Order Adopting Magistrate Judge's Findings and Recommendations, ECF No. 45